IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 01-cr-00023-ZLW

UNITED STATES OF AMERICA,

 Plaintiff,

v.

FARIS LEE CARTER,

 Defendant.

---

ORDER

---

 It is ORDERED that Defendant's counsel shall adopt or supplement Defendant's Motion To Modify Sentence Under 18 U.S.C. § 3582(c)(2) And Memorandum Of Law In Support (Doc. No. 176), on or before May 1, 2008.

 DATED at Denver, Colorado, this __2nd__ day of April, 2008.

        BY THE COURT:

        *[signature: Zita L. Weinshienk]*

        _____
        ZITA L. WEINSHIENK, Senior Judge
        United States District Court