IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita L. Weinshienk

Criminal Action No. 01-cr-00023-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FARIS LEE CARTER,

    Defendant.

---

ORDER

---

It is ORDERED that Defendant's counsel's Motion To Adopt Motion To Modify Sentence Under 18 U.S.C. § 3582(c)(2) (Doc. No. 189) is granted. It is

FURTHER ORDERED that the United States Attorney shall respond to Defendant's Motion To Modify Sentence Under 18 U.S.C. § 3582(c)(2) And Memorandum Of Law In Support (Doc. No. 176) on or before May 23, 2008.

DATED at Denver, Colorado, this  30th  day of April, 2008.

                        BY THE COURT:

                        _____
                        ZITA L. WEINSHIENK, Senior Judge
                        United States District Court