IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior Judge Zita Leeson Weinshienk

Criminal Action No. 01-CR-00023-ZLW

UNITED STATES OF AMERICA,

    Plaintiff,

v.

FARIS LEE CARTER, a/k/a "Dirty," a/k/a "Eric Small,"

    Defendant.
_____

## MINUTE ORDER
_____

ORDER ENTERED BY JUDGE ZITA L. WEINSHIENK

Kathleen Weckwerth, Judicial Assistant

DATED: June 9, 2010


    It is ORDERED that the Compliance Review Hearing set for Wednesday, June 16, 2010 at 2:00 p.m. is VACATED and RESET for Wednesday, June 23, 2010 at 2:00 p.m. in Courtroom 801, Alfred A. Arraj Courthouse, 901 19th Street, Denver Colorado.